E-FILED
Wednesday, 03 July, 2019 08:40:15 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

DARNELL DUETT, )
)
Plaintiff )
)
vs. )   Case No. ―――――
)   *(The case number will be assigned by the clerk)*
JUSTIN HAMMERS )
(AW) BACA )
(I.A) Lt. JOHNSON )
(GO) Lt. Robbie JOHNSON )
Lt. Crum )
C/o Nebergall )
C/o Shaw )
LAYNI Stambaugh, )
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

### I. FEDERAL JURISDICTION

Central

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: DARNELL DUETT

Prison Identification Number: R74587

Current address: 10930 LAWRENCE Rd. SUMNER IL 62466

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Justin HAMMERS

Current Job Title: WARDEN

Current Work Address: Illinois river Correctional Center

Defendant #2:

Full Name: (unknown) (John) BACA

Current Job Title: Asst. WARDEN

Current Work Address: Illinois river C.C.

Defendant #3: (First name unknown)

Full Name: Lt. JOHNSON

Current Job Title: Lt. of IA

2

Current Work Address: Illinois River C.C.

Defendant #4:

Full Name: Lt. Johnson Robbie

Current Job Title: Grievance officer

Current Work Address: Illinois River C.C.

Defendant #5:

Full Name: Lt. Crum

Current Job Title: Lt. officer

Current Work Address: Illinois River C.C.

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? __6__ Describe the lawsuit(s) below.

3

(LITIGATION HISTORY)

* NAME of CASE, Court and Docket Number
1. 13C4500 Northern District
2. Basic Claim made; failure to protect
3. Disposition; Settled

* NAME of CASE, Court and Docket Number
1. 13C4501
2. Basic Claim made; Due Process, cruel and unusual
3. Disposition; Settled

* Name of Case, Court and Docket Number
1. 15C7007 Northern District
2. Basic Claim made; cruel and unusual
3. Disposition; Settled

* Name of Case, Court and Docket Number
1. 16C4845 Northern District
2. Basic Claim made; cruel and unusual
3. Disposition; Settled

* Name of Case, Court and Docket Number
1. 16 5695 Northern District
2. Basic Claim made; cruel and unusual punishment
3. Disposition; Settled

1. Name of Case, Court and Docket Number
   __13 C 3533_____ Northern District__

2. Basic claim made __Cruel and unusual xxx___

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __Settled_____

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒  No ☐  went as far as the prison allowed. They were ignored out of retaliation and went unanswered
SEE EXHIBIT #

### V. STATEMENT OF CLAIM

Place(s) of the occurrence __I.D.O.C. Illinois River C.C.__

4

# B. DEFENDANTS

Defendant # 6

Full Name: C/O NEBERGALL
Current Job Title: Officer
Current Work Address: Illinois River C.C.

Defendant # 7

Full Name: C/O SHAW
Current Job Title: Officer
Current Work Address: Illinois River C.C.

Defendant # 8

Full Name: LAYNE Stambaugh
Current Job Title: Phychiatric Mental Health
Current Work Address: Illinois River C.C.

Date(s) of the occurrence  9-13-17, 1-29-18, 2-12-18, 3-1-18, 3-12-18, 3-26-18

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 9-13-17 approx 8:00 pm, MED line was called and my door was popped open in order for me to get med(MEDS)cation, i left my I.D. in the cell. So i went back to go get my I.D., the next minute i remember being handcuffed face down on the floor in a puddle of my own blood with c/o Shaw on top of me punching me and c/o Nebergall also punching me and Lt. Crum kicking me in the head asking me where is the hooch also known as alcohol. Then from there i woke up in a hospital with cords hooked up to me. After coming back from the hospital i arrived to my cell being left in shambles with multi of my personal items broke including my t.v. and a lot of my personal belongings missing officers breached their duty and caused a lot of damages which caused me to be hospitalized for multi days the use of force was excessive, they also showed deliberat indifference which only further caused significant injury it also was cruel and unusal punishment. I'm naming warden hammers and warden Raca because it's their duty to inforce the regulations and also can name the officer i don't know while i was there at Illinois River

5

I suffered from the following violations 1st, 8th, and 14th Amendment violations, which derived from retaliation, deliberate indifferences, cruel and unusual punishment along with conditions of confinement as well as equal protection due process. This issues were the result of collusion and nepotism (the campaign of harrassment) stem from filing grievance and compliants against the medical personel who LPNT Stambaugh was involved in taking me off my meds on 2-12-18 which made me attempt to kill myself twice and multiple more issues which she showed malpractice for failure to use reasonable care then she put me back on my meds a month later only to punish me for something Lt. B Johnson told her about my behavior and medication Ms. Stambaugh also falsafied her report when she added in her report that i said if she crush my medication stop them all, that's false she wrote that only to stop my meds. My meds was already being crushed on 1-29-18 and our meeting was approx a month and a half into my meds already being crushed which prove her statments are falsafied because of my plea for help and my discontinued medication that i have been prescribed. It's a known fact that medical personel was intimately involved with officers including Lt. Johnson who is head of Internal Affair. I was constantly called to Lt. Johnson (I.A) office and threaten to stop complaining and writting grievances couse they will never be processed. I then begin to complain directly to the grievance officer Johnson as well as warden hammers and

6

Warden Baca who all suggested i stop the grievances unless i quote "wanted to be another example" After these events i began to receive falsified disciplinary charges and repeatedly sent to segregation - where upon these officials began to further place my life in danger by telling other inmates that i was an "informant" Even if that is the case I.D.O.C has a policy of keeping their informants safe based on the confidential source agenda. So as the courts can see in the exhibits their intent was to have me harmed based on me writing complaints. I was sent to segregation and transferred out of retaliation while in segregation i suffered atypical and adverse hardship outside of normal prison life, the food portions were small, there was feces in the cell, the noise level was over bearing, there was an infestation of mouse, ants and multi bugs etc, they never allowed me to use the phone. And again i tried to have my grievances process to no avail there was even an occassion that i woke up at 3 a.m. while in segregation to find my grievance torn up and pushed under my door. When i complained & and to defendants my pleas where ignored and blatant disregarded. During my ordeal i endured, sleep deprivation, depression, anxiety attacks, loss of weight multi suicide attempts, illegal and false segregation time wrongful transfer to a harsher institution, cruel and unusal punishment, wanton pains and suffering, mental, emotional and physical affliction whereas i continue to suffer as being known as a informant/snitch throughout I.D.O.C. which create a cultural shock. This were all tools used and continue to be used to silence my complianing

## RELIEF REQUESTED

(State what relief you want from the court.)

plaintiff is seeking $100,000 in compensatory damages and

7

# (Con) Plain STATEMENT

On 3-26-18 (I.A) Lt. B Johnson wrote a Disciplinary report on an inmate saying the investigation stem from a search of my cell after going through my I team that a notes came from inmate, he also falsafied the report when Lt. Johnson said , substantially stated that the notes came from such offender, After issuing that Report to offender Williams, Trimain, i was now being labeled as a snitch, C/O Lt. Johnson, Shaw, Nebergall, Lt. R Johnson all went around stating that i am a snitch. Behind that i have been assaulted more then three times by a certain (STG) security threat group for me being behind the disciplinary action on Williams. Williams, Trimain was shipped out on a disciplinary transfer to Lawrence C.C. on or around 7-7-18. i was sent to Lawrence C.C. on a disciplinary transfer after offender Williams, upon my arrival i was known around the prison as a snitch for the report and actions that has been brought upon offender Williams, i was also assaulted in Lawrence by this (STG) and still facing backlash from the actions of said Lt. Johnson Report were he put my nickname as well as my real full name an I.D. number in so as it can be known that i snitched on another offender.

Each Defendant at time was under color of law and are being sued in their individual and offical capacity

$100,000 in punitive damages $100 in nominal damages, and any an all lawyer, in court outter court fees, And any other fees court deem just Defendants is sued in their individual and offical capacities, Defendants also sued scope of their Employment and at all times under color of law

JURY DEMAND  Yes ☒  No ☐

Signed this __30__ day of __6__, 20__19__.

_____
( Signature of Plaintiff)

| Name of Plaintiff: DARNELL DUETT | Inmate Identification Number: R74587 |
|---|---|
| Address: 10930 LAWRENCE Rd. SUMNER IL 62466 | Telephone Number: N/A |